IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERT ZIMMER, | § | |
| Plaintiff, | § § § | |
| v. | § § | 1-22-CV-1135-RP |
| NCB MANAGEMENT SERVICES, INC. and ARCH INSURANCE COMPANY, | § § § § | |
| Defendants. | § § | |

**ORDER**

On March 9, 2023, Plaintiff Robert Zimmer ("Zimmer") and Defendant NCB Management Services, Inc. ("NCB") dismissed this action as to both defendants, with prejudice, and with each side bearing their own costs and attorneys fees. (Dkt. 10). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Although Zimmer and NCB may not stipulate to the dismissal of the claims against Arch Insurance Company, Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant Arch Insurance Company has not served an answer or motion for summary judgment.

The Court construes the parties' notice as a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) with respect to the claims against NCB, and as a voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) with respect to the claims against Arch Insurance Company. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on March 10, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE